IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WAVERLY EUGENE LINDSEY,** | * |
| **# 166090,** | * |
| | * |
| Petitioner, | * |
| | * |
| vs. | * CIVIL ACTION NO. 20-00238-WS-B |
| | * |
| **JEFF DUNN,** | * |
| **Commissioner, Alabama** | * |
| **Department of Corrections,** | * |
| | * |
| Respondent. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 7, 2020 (Doc. 13) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner Waverly Eugene Lindsey's habeas corpus petition (Doc. 1) be **DISMISSED** without prejudice for lack of jurisdiction due to Lindsey's failure to comply with 28 U.S.C. § 2244(b)(3)(A).

**DONE** this 2nd day of September, 2020.

s/William H. Steele
**UNITED STATES DISTRICT JUDGE**